IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TRACI PAYNE-WARREN, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF JAMES R. PAYNE, DARRYL PAYNE AND JAMES R. PAYNE JR., | § § § § § § | |
| *Plaintiffs,* | § § | CIVIL ACTION NO. 3:23-cv-10 |
| v. | § § § | |
| PHH MORTGAGE CORPORATION, | § § § | |
| *Defendant.* | | |

**DEFENDANT'S NOTICE OF REMOVAL**

Defendant PHH Mortgage Corporation ("***Defendant***") files this Notice of Removal based on diversity jurisdiction.

## I.   INTRODUCTION

1. On December 29, 2022, Plaintiffss Traci Payne-Warren, Individually and on Behalf of the Estate of James R. Payne, Darryl Payne and James R. Payne Jr., ("***Plaintiffs***") filed their Original Petition and Verified Application for Temporary Restraining Order and Permanent Injunction (the "***Complaint***") in the 212th Judicial District Court for Galveston County, Texas under Cause No. 22-CV-2448 ("***State Court Action***").

2. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, orders, and other papers filed in the state court action and obtained by Defendant are attached hereto, marked as composite **Exhibit A**, and incorporated herein by reference.

## II.   TIMELINESS OF REMOVAL

3. PHH has not yet been served with citation, and the suit was filed less than 30 days ago. Accordingly, this Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b).[1]

## III.   BASIS FOR REMOVAL: DIVERSITY JURISDICTION

4. This Court has original jurisdiction over this lawsuit pursuant to 28 U.S.C. § 1332(a) because the parties are completely diverse in citizenship and the amount in controversy exceeds $75,000.00.

### A.   *Citizenship of the Parties.*

5. Plaintiffs are all domiciled in Galveston County, Texas, and are therefore citizens of Texas.[2]

6. PHH is a corporation incorporated in New Jersey with its principal place of business in Mount Laurel, New Jersey. A corporation is a citizen of the state where it is incorporated and the state where it has its principal place of business.[3] Therefore, for diversity purposes, PHH is a citizen of New Jersey.

7. Therefore, there is complete diversity of citizenship between Plaintiffs and Defendant.

### B.   *The Amount in Controversy Exceeds $75,000.00.*

8. Plaintiffs seek declaratory relief and injunctive relief to restrain Defendant from selling the real property which is the subject matter of this lawsuit, commonly known as 322 4th

---

[1] *See also Thompson v. Deutsche Bank Nat'l Tr. Co.*, 775 F.3d 298, 303 (5th Cir. 2014) (citing *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347-48, 119 S.Ct. 1322, 143 L.Ed. 448 (1999) (the federal removal and jurisdiction statutes "clearly provide that a defendant's right to removal runs from the date on which it is formally served with process.").

[2] *Complaint*, ¶¶ 11-13 (Each Plaintiff alleges he or she resides in Galveston County, Texas); *see also Hollinger v. Home State Mut. Ins. Co.*, 654 F.3d 564, 571 (5th Cir. 2011) (For purposes of determining citizenship, "[e]vidence of a person's place of residence [] is prima facie proof of his domicile.").

[3] 28 U.S.C. § 1332(c)(1); *Lincoln Prop. Co. v. Roche*, 546 U.S. 81, 88-90 (2005).

St. N, Texas City, TX 77590 (the "***Property***") [4] and more fully described as:

> **LOTS ONE (1), TWO (2), THREE (3), FOUR (4) AND FIVE (5), ALL INCLUSIVE, IN BLOCK 121, OF TEXAS CITY SECOND DIVISION, A SUBDIVISION IN GALVESTON COUNTY, TEXAS ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN VOLUME 134, PAGE 12, IN THE OFFICE OF THE COUNTY CLERK OF GALVESTON COUNTY, TEXAS.**

9. In actions seeking declaratory or injunctive relief, it is well established that the amount in controversy is measured by the value of the object of the litigation.[5] When the object of litigation is real property, as is the case here, the fair market value of the property is the proper measure of the amount in controversy.[6] Here, the Property is valued at $219,230.00.[7] Because Plaintiffs seeks injunctive relief as to the Property and Property is valued well in excess of $75,000.00, the amount in controversy requirement for removal based on diversity jurisdiction is met.

### IV.    VENUE

10. Venue for this removal is proper in the U.S. District Court for the Southern District of Texas, Galveston Division, because this district and division include Galveston County, Texas, the location of the pending State Court Action.

### V.    ADDITIONAL REQUIREMENTS

11. In accordance with 28 U.S.C. §1446(d), promptly after filing this Notice of Removal, Defendant will provide Plaintiffs with written notice of this removal, and a copy of this Notice of Removal will be filed with the district clerk of Galveston County, Texas.

---

[4] *Complaint*, ¶¶ 1, 18-30.
[5] *Farkas v. GMAC Mortg., LLC*, 737 F.3d 338, 341 (5th Cir. 2013).
[6] *See id*.
[7] *See* Galveston Central Appraisal District Property Details attached as **Exhibit B**. It is appropriate for the court to take judicial notice of the Galveston Central Appraisal District record because it is of public record, the information it provides is readily ascertainable, and the source — the Galveston Central Appraisal District — cannot be reasonably questioned. *Funk v. Stryker Corp.*, 631 F.3d 777, 783 (5th Cir. 2011).

12. In the event that Plaintiffs attempt to seek remand this case, or the Court considers remand *sua sponte*, Defendant respectfully requests the opportunity to submit such additional argument or evidence in support of removal as may be necessary.

13. Plaintiffs make no jury demand in the Complaint.

14. Defendant reserves the right to amend or supplement this Notice of Removal.

**WHEREFORE**, having satisfied the requirements for removal, Defendant gives notice that Cause No. 22-CV-2448, originally filed in the 212th Judicial District Court for Galveston County, Texas, has been removed to this Court.

Respectfully submitted,

**MCGLINCHEY STAFFORD, PLLC**

By: /s/ *Thomas W. White, Jr.*
**EMILY G. STROOPE (LEAD COUNSEL)**
State Bar No. 24070692
estroope@mcglinchey.com
Three Energy Square
6688 North Central Expressway
Suite 400
Dallas, Texas 75206
(214) 445-2445 Tel
(214) 445-2450 Fax

and

**THOMAS W. WHITE, JR.**
State Bar No. 24102645
twhite@mcglinchey.com
1001 McKinney Street, Suite 1500
Houston, TX 77002
(713) 335-2135 Tel
(713) 520-1025 Fax

**ATTORNEYS FOR DEFENDANT,
PHH MORTGAGE CORPORATION**

## CERTIFICATE OF SERVICE

     I hereby certify that on January 12, 2023, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing has been forwarded to all counsel of record by operation of the Court's electronic filing system.

***Via CM/ECF and/or CMRRR***
David Medearis
Medearis Law Firm, PLLC
1560 W. Bay Area Blvd., Suite 304
Friendswood, Texas 77546-2673
Email dmedearis@medearislaw.com
*Attorney for Plaintiffs*

                                       */s/ Thomas W. White, Jr.*
                                         **Thomas W. White, Jr.**