IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TRACI PAYNE-WARREN ON BEHALF OF THE ESTATE OF JAMES R. PAYNE, DARRYL PAYNE AND JAMES R. PAYNE, JR. | § § § § § | |
| *Plaintiff,* | § § | CIVIL ACTION NO. 3:23-cv-00010 |
| VS. | § § | |
| PHH MORTGAGE CORPORATION | § § | |
| *Defendants.* | | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Traci Payne-Warren, on behalf of the Estate of James R. Payne, Darryl Payne, and James R. Payne Jr., and Defendant PHH Mortgage Corporation (collectively, "the Parties") file this Joint Stipulation of Dismissal.

1. This case arises out of the attempted foreclosure by trustee sale of the property at **322 4th St. N. Texas City, 77590, Galveston County Texas.** The subject property now been refinanced and the dispute between the Parties is resolved. The Plaintiffs therefore, no longer seek to pursue this action.

2. The Plaintiffs and Defendant therefore file this JOINT STIPULATION OF DISMISSAL so this suit may be dismissed and removed from the Court's docket.

Respectfully submitted,

**MEDEARIS LAW FIRM, PLLC**

By: **/s/ David Medearis**
DAVID M. MEDEARIS, TBA 24041465, Fed ID 557586
dmedearis@medearislaw.com
1560 W. Bay Area Blvd., Suite 304
(281) 954-6270 (Phone)
(281) 954-6280 (Facsimile)
**ATTORNEY FOR PLAINTIFF,
TRACI PAYNE-WARREN ON BEHALF OF THE ESTATE OF JAMES R. PAYNE, DARRYL PAYNE AND JAMES R. PAYNE, JR.**

and

**MCGLINCHEY STAFFORD, PLLC**

By: /s/ Thomas W. White, Jr. (signed by permission)
THOMAS W. WHITE, JR
State Bar No. 24102645
twhite@mcglinchey.com
1001 McKinney Street, Suite 1500
Houston, Texas 77002
(713) 335-2135 Tel
(713) 520-1025 Fax
**ATTORNEY FOR DEFENDANT,
PHH MORTGAGE CORPORATION**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this March 8, 2023, a true and correct copy of the foregoing **Joint Stipulation of Dismissal** was served via electronic service and/ or facsimile and first-class mail and/ or certified mail to all counsel of record.

/s/ David Medearis
DAVID M. MEDEARIS
