United States District Court
Southern District of Texas
**ENTERED**
March 09, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| TRACI PAYNE-WARREN, on behalf of the Estate of James R. Payne, Darryl Payne and James R. Payne, Jr., <br><br> Plaintiff, <br> VS. <br><br> PHH MORTGAGE CORPORATION <br><br> Defendant. | NO. 3:23-CV-10 |

## **STIPULATED DISMISSAL**

On March 8, 2023, the parties filed a joint stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Dkt. 7.

Accordingly, it is hereby **ORDERED** that all claims asserted by any party in the above-captioned lawsuit are hereby **DISMISSED WITHOUT PREJUDICE** to their being re-filed. Each party shall bear its own attorneys' fees and costs. Any pending motions are hereby denied as moot.

Signed on Galveston Island this 9th day of March, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE